588

454 A.2d 151

Commonwealth v. Drewery, Appellant.

Submitted September 8, 1982. Margaret M. Boyce, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, ROWLEY and MONTGOMERY, JJ.

Affirmed.

454 A.2d 152

Commonwealth v. Eberhardt, Appellant.

Submitted April 14, 1982. George W. Bills, Jr., Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.